RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI [2026 SEP] 10 PM 3:12
WESTERN DIVISION

CLERK U.S. DIST COURT
WEST DIST OF MO
KANSAS CITY, MO

Allan Cleirigh (Pro Se)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

Kansas City - Clark Hunt
Sporting KC - WIZARDS LLC - Andrea Kimball
ANDREA KIMBAL

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 26-CV-782-JAM
*(to be filed in by the Clerk's Office)*

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury. [X] Yes [ ] No

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Allan Quigley |
| Street Address | 411 East 165th Street |
| City and County | Belton - Cass County |
| State and Zip Code | Missouri 64012 |
| Telephone Number | 816-206-7372 |
| E-mail Address | aquigley989@gmail.com, allan.quigley66@gmail |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Kansas City Chiefs - Clark Hunt |
| Job or Title (if known) | Owner |
| Street Address | One Arrowhead Drive |
| City and County | Kansas City Mo / Independence Jackson County |
| State and Zip Code | Missouri |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Sports[illegible]88 - Wizard LLC |
| Job or Title (if known) | Self [illegible] |
| Street Address | One Sporting Way |
| City and County | Kansas City Kansas Wyandotte County |

DEFENDENT #3 Matt Kenny - VIA Kansas City Chiefs - V.P. Operation
Defendant #4 Andrea Kimbal - viA Sporting KC Lawyer

State and Zip Code ______________________

Telephone Number ______________________

E-mail Address (if known) ______________________

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the designated information for this type of case. *(Check all that apply)*

☒ Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

False Claims and Slander, Assault, libel
Keeping from gaining unemployment
Keeping me from getting an education
Retaliation for whistle Blowing

☐ Suit against the Federal Government, a federal official, or a federal agency

List the federal officials or federal agencies involved, if any.

______________________

______________________

______________________

☐ Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

A. The Plaintiff(s)

The plaintiff, *(name)* ______________________, is a citizen of the State of *(name)* ______________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

B. The Defendant(s)

1. If the defendant is an individual

The defendant, *(name)* Clark Hunt-KC Chiefs, is a citizen of the State of *(name)* Kansas City Missouri. *Or* is a citizen of *(foreign nation)* ______________________.

2. If the defendant is a corporation

The defendant, *(name)* Sporting KC-Wizards, is incorporated under the laws of the State of *(name)* Kansas, and has its principal place of business in the State of *(name)* ______________________. *Or* is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

C. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

Is more than 75,000 and will Reveal at time of trial

## III. Statement of Claim

Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

- What happened to you? I was Slandered so I was unable to get work - I was Falsly Arrested twice to keep me from working or being able to start new jobs -
- What injuries did you suffer? I have mental an Emotional distress from Roteen imprisonment
- Who was involved in what happened to you?

Kansas City Chiefs + Sporting KC-Wizbar - Hire me and cahee + told ownership that people were Steealing money and Running Drug + Prostitutes throug V.I.P. Parties. They tried to Ruffy me and drive my car into a wall in the Plaza. Regular Stalking + tried to have me Comitted to a hospital.

- How were the defendants involved in what happened to you?
- Where did the events you have described take place?
- When did the events you have described take place?

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I was the Chef + Gm for Arrowhead + Sporting KC as well as a huso Vendor [illegible] Brancato's catering. I Ran each of the financial for all the locations. After quiting each of the two first locat and and Being fired from Sporting KC, I revied the CRIMES that were going on while I was managing the operations daily. I Recently recieved information linking my abuse from these two Professional Sports teams due to the endless money that they were stoling. This will the help of my family to include [illegible] my dad take notes For them!

## IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

10 years of a salary of 75,000 yr
50,000 Per Jail incitements
all Sexual assault Cases Removed from my file

Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?

Yes [X] No [ ]

Do you claim actual damages for the acts alleged in your complaint?

Yes [X] No [ ]

Do you claim punitive monetary damages?

Yes [X] No [ ]

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages. @ 50K Ea

$750,000 loss in pay, 12 illegal arrest and imprisonments $600,000 lawyers fees 750,000 lawyers fees 2.3 million punative 10 years of ~~not being able to work because~~ no work and Being Blackballed from working in KC

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk' s Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk' s Office may result in the dismissal of my case.

Date of signing: 9/10, 2024

Signature of Plaintiff [signature]

Printed Name of Plaintiff Allan S Quigley [illegible]